969 F.2d 1049
 U.S.
v.
Herring (Bobby Hugh), Holley (Geraldine Sims), a/k/a Holley
(Tokie), Taylor (Elmer Frank), Wilkerson (Thomas Jan), a/k/a
Wilkerson (Tommy), Hatley (Charles Anthony), a/k/a Hatley
(Tony Anthony), a/k/a Rat, Meyers (Lamont Lawrence), Igo
(James Michael), a/k/a Igo (Mike), Carter (Robert Joseph),
a/k/a Carter (Buddy), Morrison (Leon Robert), a/k/a Morrison
(Bobby), Ruff (Jack Warren), a/k/a Whitey, Hooks (Robert
Alex), a/k/a Hooks (Bob)
 NO. 90-7093
 United States Court of Appeals,
Eleventh Circuit.
 July 14, 1992
 S.D.Ala., 955 F.2d 703
 
 1
 DENIALS OF REHEARING EN BANC.